PS 8 (3/15)    Case 2:21-cr-00065-SAB    ECF No. 42    filed 07/28/21    PageID.110    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 28, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Mendoza-Zuniga, Nelson | Docket No. | 0980 2:21CR00065-SAB-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Phil Casey, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Nelson Mendoza-Zuniga, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 26th day of May 2021, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Mr. Mendoza-Zuniga is alleged to be in violation of his pretrial release conditions by consuming a controlled substance, methamphetamine, on or about July 18, 2021.

Conditions of pretrial release were reviewed and signed by Mr. Mendoza-Zuniga on June 25, 2021, acknowledging an understanding of his requirements, to include standard condition number 9.

On July 22, 2021, Mr. Mendoza-Zuniga reported to the Center for Alcohol and Drug Treatment in Wenatchee, Washington, to provide a urinalysis (UA). The Defendant provided a presumptive positive UA that was sent to the laboratory for confirmation. After Mr. Mendoza-Zuniga provided the presumptive positive UA, he admitted to consuming methamphetamine on July 18, 2021.

On July 22, 2021, this officer spoke with Mr. Mendoza-Zuniga's girlfriend. She informed this officer that the defendant provided a positive UA, and stated the defendant consumed methamphetamine on July 18, 2021.

**Violation #2:** Mr. Mendoza-Zuniga is alleged to be in violation of his pretrial release conditions by consuming a controlled substance, methamphetamine, on or about July 27, 2021.

Conditions of pretrial release were reviewed and signed by Mr. Mendoza-Zuniga on June 25, 2021, acknowledging an understanding of his requirements, to include standard condition number 9.

On July 27, 2021, Mr. Mendoza-Zuniga reported to the Center for Alcohol and Drug Treatment in Wenatchee, Washington, to provide a UA. The Defendant provided a presumptive positive UA that was sent to the laboratory for confirmation. Mr. Mendoza-Zuniga denied using any methamphetamine. Confirmation from the laboratory is pending.

    PRAYING THAT THE COURT WILL ORDER A SUMMONS AT THIS TIME

**Re: Mendoza-Zuniga, Nelson**
**July 28, 2021**
**Page 2**

|  |  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|---|
|  |  | Executed on: July 28, 2021 |
|  | by | s/Phil Casey |
|  |  | Phil Casey
U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

July 28, 2021
Date