PS 8 (3/15)

Case 2:21-cr-00065-SAB    ECF No. 60    filed 10/27/21    PageID.167    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 27, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Mendoza-Zuniga, Nelson | Docket No. | 0980 2:21CR00065-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Phil Casey, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Nelson Mendoza-Zuniga, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 26th day of May 2021, with conditions. On August 27, 2021, the Honorable U.S. Magistrate Judge John T. Rodgers imposed additional conditions of release in response to the defendant's continued use of controlled substances.

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #24:** Defendant shall participate in a substance abuse evaluation and any recommended treatment. Pretrial Services shall determine the evaluator and the schedule.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Mr. Mendoza-Zuniga is alleged to be in violation of his pretrial release conditions by consuming a controlled substance, methamphetamine, on or about October 7, 2021.

Conditions of pretrial release were reviewed and signed by Mr. Mendoza-Zuniga on June 25, 2021, acknowledging an understanding of his requirements, to include standard condition number 9.

On October 7, 2021, Mr. Mendoza-Zuniga reported to the Center for Alcohol and Drug Treatment in Wenatchee, Washington, to provide a urinalysis (UA) for his substance abuse treatment program. The UA was sent to Cordant Health Solutions for further analysis. On October 13, 2021, the Center for Alcohol and Drug Treatment received a lab report showing the UA was confirmed positive for the presence of methamphetamine. This officer received the lab report on October 25, 2021.

**Violation #2:** Mr. Mendoza-Zuniga is alleged to be in violation of his pretrial release conditions by consuming a controlled substance, methamphetamine, on or about October 18, 2021

Conditions of pretrial release were reviewed and signed by Mr. Mendoza-Zuniga on June 25, 2021, acknowledging an understanding of his requirements, to include standard condition number 9.

On October 18, 2021, Mr. Mendoza-Zuniga reported to the Center for Alcohol and Drug Treatment in Wenatchee to provide a UA for his substance abuse treatment program. The UA was sent to Cordant Health Solutions for further analysis. On October 22, 2021, the Center for Alcohol and Drug Treatment received a lab report showing the UA was confirmed positive for the presence of methamphetamine. This officer received the lab report on October 25, 2021.

**Violation #3:** Mr. Mendoza-Zuniga is alleged to be in violation of his pretrial release conditions by being unsuccessfully discharged from outpatient treatment on or about October 25, 2021.

PS-8

**Re: Mendoza-Zuniga, Nelson**
**October 27, 2021**
**Page 2**

Additional conditions of pretrial release were reviewed with Mr. Mendoza-Zuniga on August 30, 2021. The defendant acknowledged he must attend and participate in outpatient substance abuse treatment at the Center for Alcohol and Drug Treatment, as ordered in additional condition number 24.

On October 27, 2021, this officer spoke with Mr. Mendoza-Zuniga's substance abuse counselor at the Center for Alcohol and Drug Treatment about the defendant's progress with treatment. According to the substance abuse counselor, Mr. Mendoza-Zuniga was discharged from outpatient treatment on October 25, 2021, for lack of compliance with treatment expectations, continued use of controlled substance and for not attending sober support meetings. The substance abuse counselor has a meeting scheduled for October 28, 2021, to review the discharge summary with the defendant.

PRAYING THAT THE COURT WILL ORDER A SUMMONS AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: October 27, 2021

by s/Phil Casey

Phil Casey
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer
October 27, 2021
Date