UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 03, 2021

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Mendoza-Zuniga, Nelson | Docket No. | 0980 2:21CR00065-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Phil Casey, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Nelson Mendoza-Zuniga, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 26th day of May 2021, with conditions. On August 27, 2021, the Honorable U.S. Magistrate Judge John T. Rodgers imposed additional conditions of release in response to the defendant's continued use of controlled substances.

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Mr. Mendoza-Zuniga is alleged to be in violation of his pretrial release conditions by consuming a controlled substance, methamphetamine, on or about November 22, 2021

Conditions of pretrial release were reviewed and signed by Mr. Mendoza-Zuniga on June 25, 2021, acknowledging an understanding of his requirements, to include standard condition number 9.

On November 22, 2021, Mr. Mendoza-Zuniga reported to the Center for Alcohol and Drug Treatment in Wenatchee, Washington, to provide a urinalysis (UA) sample for his substance abuse treatment program. The UA sample was sent to Cordant Health Solutions for further analysis. On November 27, 2021 the Center for Alcohol and Drug Treatment received a lab analysis report showing the UA sample was confirmed positive for the presence of methamphetamine. This officer received the lab report on November 30, 2021.

On December 1, 2021, a probation officer spoke with Mr. Mendoza-Zuniga about the positive UA results from November 22, 2021. Mr. Mendoza-Zuniga admitted to consuming methamphetamine on November 21, 2021.

PRAYING THAT THE COURT WILL ORDER A WARRANT

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on: December 3, 2021 |
| | by | s/Phil Casey |
| | | Phil Casey<br>U.S. Pretrial Services Officer |

Re: Mendoza-Zuniga, Nelson
December 3, 2021
Page 2

THE COURT ORDERS

[ ]　No Action
[X]　The Issuance of a Warrant
[ ]　The Issuance of a Summons
[ ]　The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]　Defendant to appear before the Judge assigned to the case
[X]　Defendant to appear before the Magistrate Judge.
[ ]　Other

*M. K. Dimke*

Signature of Judicial Officer

12/3/2021

Date